**THE HONORABLE ROBERT S. LASNIK**

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR21-006 RSL |
| Plaintiff, | ORDER GRANTING UNOPPOSED MOTION TO SCHEDULE GUILTY PLEA HEARING VIA VIDEOCONFERENCE |
| v. | |
| RENE JACOBS, | |
| Defendant. | |

THE COURT has considered the unopposed motion of the parties to proceed forward with a guilty plea hearing via videoconference and finds that:

(a) Under General Order 04-20, felony pleas and sentencings may proceed by video or telephone if "the district judge in a particular case finds for specific reasons that the plea or sentencing in that case cannot be further delayed without serious harm to the interests of justice." A plea hearing in this case cannot be delayed without serious harm to the interests of justice; and

(b) Mr. Jacobs would like to plead guilty and resolve the case in a timely fashion; and

(c) Mr. Jacobs wishes to enter a plea as soon as possible in light of anticipated delay associated with the COVID pandemic and a desire to alleviate presumptive backlogged court calendars following the COVID recovery process. Mr.

ORDER GRANTING MOTION TO
SCHEDULE GUILTY PLEA HEARING
VIA VIDEOCONFERENCE

NEWTON AND HALL, ATTORNEYS AT LAW, PLLC
610 CENTRAL AVENUE SOUTH
KENT, WASHINGTON 98032
(253) 852-6600 - FAX (253) 852-6800

Jacobs believes that the Court may not be as able to accommodate a timely resolution of his case in the future as more cases are delayed; and

(d) a videoconference guilty plea hearing would avoid further delays in the ultimate sentencing in this case, which would cause "serious harm to the interests of justice." See General Order No. 04-20 (3/30/20).

DONE this 22nd day of January, 2021.

*signature*

Robert S. Lasnik
United States District Judge

Presented by,

  /s/ Bradley Barshis_____
**Bradley Barshis**
**Attorney for Mr. Jacobs**

ORDER GRANTING MOTION TO
SCHEDULE GUILTY PLEA HEARING
VIA VIDEOCONFERENCE

NEWTON AND HALL, ATTORNEYS AT LAW, PLLC
610 CENTRAL AVENUE SOUTH
KENT, WASHINGTON 98032
(253) 852-6600 - FAX (253) 852-6800