UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RENE JACOBS,<br><br>    Defendant. | NO. CR21-006-RSL<br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture ("Motion") for the following property:

1. One Red All in One desktop computer seized from the Defendant on or about February 21, 2020;

2. One Seagate External Hard Drive 4TB S/N NA7PVSG2 seized from the Defendant on or about February 21, 2020;

3. One Western Digital My Passport Ultra Hard Drive S/N WX31A4NUKSL seized from the Defendant on or about February 21, 2020; and,

4. One Seagate External Hard Drive 8TB S/N NA9Q3Q93 seized from the Defendant on or about February 21, 2020.

The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate because:

Final Order of Forfeiture - 1
*United States v. Jacobs,* CR21-006-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- On August 17, 2021, the Court entered a Preliminary Order of Forfeiture finding the above-identified property forfeitable pursuant to 18 U.S.C. § 2253(a) and forfeiting the Defendant's interest in it (Dkt. No. 41);
- Thereafter, the United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C) (Dkt. No. 47) and provided direct notice to a potential claimant as required by Fed. R. Crim. P. 32.2(b)(6)(A) (*see* Declaration of AUSA Karyn S. Johnson in Support of Motion for a Final Order of Forfeiture, ¶ 2, Ex. A); and,
- The time for filing third-party claims has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-identified property exists in any party other than the United States;

2. The property is fully and finally condemned and forfeited, in its entirety, to the United States; and,

3. The United States Department of Justice, and/or its representatives, are authorized to dispose of the property as permitted by governing law.

IT IS SO ORDERED.

DATED this  29th  day of  August , 2022.

*[signature: Mrt S Lasnik]*

THE HON. ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Final Order of Forfeiture - 2
*United States v. Jacobs,* CR21-006-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  Presented by:
2
3  */s Karyn S. Johnson*
4  KARYN S. JOHNSON
   Assistant United States Attorney
5  United States Attorney's Office
   700 Stewart Street, Suite 5220
6  Seattle, WA  98101
7  (206) 553-2462
   Fax: 206-553-6934
8  Karyn.S.Johnson@usdoj.gov

Final Order of Forfeiture - 3
*United States v. Jacobs,* CR21-006-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970